BOND, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Josephine L. Bond against Frederick H. Walker,

as executor, etc., of Alva S. Walker, deceased. No opinion. Order unanimously affirmed, with costs.